Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

# OUTTEN & GOLDEN LLP

Allegra L. Fishel
Lewis M. Steel
Paul W. Mollica

Nantiya Ruan

Deirdre A. Aaron
Sally Abrahamson
  *Not admitted in New York
Reena Arora
Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cyrus Dugger
Cara E. Greene
Jennifer Liu
Ossai Miazad
Carmel Mushin
Melissa Pierre-Louis
Sandra Pullman
Michael Scimone
Dana Sussman
Amber Trzinski
Juno Turner
Elizabeth Wagoner



November 5, 2012

**Via Hand Delivery**
The Honorable Ronald L. Ellis
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Beckman, et al., v. KeyBank, N.A.*, No. 12 Civ. 7836 (RWS) (RLE)

Dear Judge Ellis,

We represent Plaintiffs in the above-referenced wage and hour putative class and collective action. Plaintiffs plan to file tomorrow a motion for preliminary approval of the class settlement reached in this case. Plaintiffs respectfully request permission to file a brief of up to 30 pages in support of Plaintiffs' motion. We believe that a page extension is necessary to set forth the procedural history of the case, explain the terms of the settlement, and address how the settlement meets the standards for preliminary approval. Defendant has consented to this request.

Respectfully submitted,

Jennifer Liu

cc: Andrew P. Karamouzis, Esq. (via email)
Mark D. Katz, Esq. (via email)
Gregg I. Shavitz, Esq. (via email)
Justin M. Swartz, Esq. (via email)

**SO ORDERED**
Ronald Ellis 11-7-12
MAGISTRATE JUDGE RONALD L. ELLIS