**OUTTEN & GOLDEN LLP**    **SHAVITZ LAW GROUP, P.A.**
Justin M. Swartz    Gregg I. Shavitz (admitted *pro hac vice*)
Jennifer L. Liu    Susan H. Stern (admitted *pro hac vice*)
3 Park Avenue, 29th Floor    1515 S. Federal Highway, Suite 404
New York, New York 10016    Boca Raton, Florida 33432
Telephone:  (212) 245-1000    Telephone: (561) 447-8888

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ERIC BECKMAN, STEVE BUNCH, JERI GRIFFIN, IVANA HARRINGTON, JACK LEIVA, TERI PARKE, THOMAS WALKER, PETE WISEMAN, RENEE BRAUN, ELIZABETH SCOTT, VERONICA MORGAN, and  THERESA FORREST, individually and on behalf of all others similarly situated, <br><br>            Plaintiffs, <br><br>    v. <br><br> KEYBANK, N.A., <br><br>            Defendant. | No. 12 Civ. 7836 (RWS) (RLE) |

## <u>NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF SERVICE AWARDS</u>

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs'

Motion for Approval of Class Representative Service Awards and in the Declaration of

Justin M. Swartz in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and

Reimbursement of Expenses and Motion for Approval of Class Representative Service

Awards and the supporting exhibits attached thereto, Plaintiffs respectfully request that

the Court enter an Order granting service awards to Plaintiffs Eric Beckman, Ivana

Harrington, Jack Leiva, Jeri Griffin, Pete Wiseman, Steve Bunch, Teri Parke, and

Thomas Walker in the amount of $7,500 each, and to Plaintiffs Renee Braun, Elizabeth

Scott, Veronica Morgan, and Theresa Forrest in the amount of $5,000 each, in

recognition of the services they rendered on behalf of the class.


Dated:  March 4, 2013
      New York, New York

                    Respectfully submitted,
                    **OUTTEN & GOLDEN LLP**
                    By:

                    /s/ Justin M. Swartz
                    Justin M. Swartz
                    **OUTTEN & GOLDEN LLP**
                    Justin M. Swartz
                    Jennifer L. Liu
                    3 Park Avenue, 29th Floor
                    New York, New York 10016
                    Telephone:  (212) 245-1000
                    Facsimile:  (212) 977-4005

                    **SHAVITZ LAW GROUP, P.A.**
                    Gregg I. Shavitz (admitted *pro hac vice*)
                    Susan H. Stern (admitted *pro hac vice*)
                    1515 S. Federal Highway, Suite 404
                    Boca Raton, Florida 33432
                    Telephone: (561) 447-8888
                    Facsimile: (561) 447-8831

                    **Attorneys for Plaintiffs and the Class**