| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **SHAVITZ LAW GROUP, P.A.** |
| Justin M. Swartz | Gregg I. Shavitz (admitted *pro hac vice*) |
| Jennifer L. Liu | Susan H. Stern (admitted *pro hac vice*) |
| 3 Park Avenue, 29th Floor | 1515 S. Federal Highway, Suite 404 |
| New York, New York 10016 | Boca Raton, Florida 33432 |
| Telephone: (212) 245-1000 | Telephone: (561) 447-8888 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC BECKMAN, STEVE BUNCH, JERI GRIFFIN, IVANA HARRINGTON, JACK LEIVA, TERI PARKE, THOMAS WALKER, PETE WISEMAN, RENEE BRAUN, ELIZABETH SCOTT, VERONICA MORGAN, and THERESA FORREST, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>KEYBANK, N.A.,<br><br>                              Defendant. | No. 12 Civ. 7836 (RWS) (RLE) |

### NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and Motion for Approval of Class Representative Service Awards and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)     awarding Class Counsel attorneys' fees of 33% of the Settlement Fund ($1,617,000);

(2)     awarding Class Counsel $38,928 in expenses; and

(3)     granting such other, further, or different relief as the Court deems just and proper.

Dated: March 4, 2013
       New York, New York

    Respectfully submitted,
    **OUTTEN & GOLDEN LLP**
    By:

    /s/ Justin M. Swartz
    Justin M. Swartz
    **OUTTEN & GOLDEN LLP**
    Justin M. Swartz
    Jennifer L. Liu
    3 Park Avenue, 29th Floor
    New York, New York 10016
    Telephone:  (212) 245-1000
    Facsimile:  (212) 977-4005

    **SHAVITZ LAW GROUP, P.A.**
    Gregg I. Shavitz (admitted *pro hac vice*)
    Susan H. Stern (admitted *pro hac vice*)
    1515 S. Federal Highway, Suite 404
    Boca Raton, Florida 33432
    Telephone: (561) 447-8888
    Facsimile: (561) 447-8831

    **Attorneys for Plaintiffs and the Class**