# EXHIBIT A

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 5/27/2011 | JMS | 0.10 | Review correspondence with client and correspondence with JL re investigation |
| 5/31/2011 | JMS | 0.10 | Conference with JL re analyzing claims, next steps for investigation |
| 5/31/2011 | JL | 0.10 | Conference with JMS re evaluating merits of case |
| 6/2/2011 | JMS | 0.20 | Conference with co-counsel re merits, demand letter strategy |
| 6/3/2011 | JMS | 0.10 | Correspondence with co-counsel re form of consent form |
| 6/6/2011 | JMS | 0.10 | Correspondence with co-counsel, JL re drafting demand letter |
| 6/7/2011 | JMS | 0.10 | Conference with co-counsel re demand letter, merits |
| 6/8/2011 | JMS | 0.10 | Conference with JL re drafting demand letter, merits |
| 6/8/2011 | JL | 1.00 | Conference with JMS re demand letter (.1); research re Key Corp (.2); draft demand letter (.7) |
| 6/9/2011 | JMS | 0.10 | Conference with RMB re evaluating merits |
| 6/9/2011 | RMB | 0.10 | Conference with JMS re evaluation merits |
| 6/10/2011 | JL | 0.20 | Correspondence with JMS re demand letter, investigation (.1); correspondence with co-counsel re same (.1). |
| 6/10/2011 | JMS | 0.10 | Review draft demand letter. |
| 6/11/2011 | JMS | 0.10 | Review memos re potential client interviews |
| 6/15/2011 | JL | 0.20 | Correspondence (.1); conference with JMS and co-counsel re demand letter (.1) |
| 6/16/2011 | JMS | 0.10 | Conference with co-counsel re status of investigation, demand letter |
| 6/16/2011 | JL | 0.60 | Draft intake form (.1); telephone interview with J. Griffin re overtime claims (.5) |
| 6/17/2011 | JL | 1.10 | Edit and proofread demand letter (.3); correspondence with co-counsel re same (.1); correspondence with JD re rescheduling follow up interview with J. Griffin (.1); research re relationship manager position (.2); telephone calls with J. Griffin (.4). |
| 6/22/2011 | JL | 0.40 | Conference with JMS and OM re case background and evaluation (.3); correspondence with co-counsel re P. Wiseman (.1). |
| 6/22/2011 | JMS | 0.30 | Conference with OM and JL re case background and evaluation |
| 6/22/2011 | OM | 0.40 | Conference with JMS and JL re case background and evaluation (.3); correspondence with JL and co-counsel re same (.1). |
| 6/27/2011 | JMS | 0.10 | Review correspondence and voicemail from defendant outside counsel |
| 6/27/2011 | OM | 0.10 | Correspondence from JMS re status and tolling agreement |
| 6/28/2011 | JL | 0.20 | Organize litigation file |
| 6/29/2011 | JMS | 0.10 | Conference with M. Floyd re tolling agreement |
| 6/29/2011 | JMS | 0.10 | Review draft tolling agreement and correspondence with team re initial tasks |
| 6/29/2011 | JL | 0.50 | Review and edit tolling agreement (.3); draft correspondence with Defendants re same (.2) |
| 6/30/2011 | JMS | 0.30 | Review and revise letter and tolling agreement |
| 6/30/2011 | JL | 0.20 | Review edits to demand letter and tolling agreement (.1); correspondence with co-counsel re same (.1 |
| 6/30/2011 | OM | 0.20 | Conference with JL re status and correspondence re staffing |
| 7/1/2011 | JL | 0.10 | Correspondence with OM re litigation task list, client interviews |
| 7/6/2011 | JMS | 0.10 | Correspondence with co-counsel re new client |
| 7/8/2011 | JL | 0.10 | Correspondence with co-counsel re new client, status of tolling agreement |
| 7/12/2011 | JMS | 0.30 | Review and revise KeyBank changes to tolling agreement |
| 7/12/2011 | JL | 0.20 | Correspondence with JMS, OM, and co-counsel re tolling agreement |
| 7/16/2011 | JMS | 0.10 | Correspondence with co-counsel re status, strategy |
| 7/29/2011 | JMS | 0.10 | Review correspondence to opposing counsel and proposed changes to tolling agreement |
| 8/1/2011 | JMS | 0.10 | Correspondence with opposing counsel re tolling agreement, with co-counsel re confidentiality agreement |
| 8/1/2011 | JMS | 0.10 | Review and sign tolling agreement and transmit to JL |
| 8/1/2011 | JMS | 0.10 | Correspondence with team re drafting correspondence to opposing counsel re data exchange and confidentiality agreement. |
| 8/1/2011 | JL | 0.50 | Review correspondence and case file (.2); correspondence with JMS re tolling agreement (.1); correspondence with opposing counsel re same (.2). |
| 8/1/2011 | OM | 0.10 | Correspondence from opposing counsel re tolling |
| 8/2/2011 | JL | 0.20 | Correspondence with I. Harrington re expungement (.1); correspondence with JMS re same (.1) |
| 8/2/2011 | JMS | 0.10 | Correspondence with JL, LSM re FINRA |
| 8/3/2011 | JMS | 0.10 | Correspondence with LSM, JL re FINRA |
| 8/3/2011 | JMS | 0.10 | Telephone conference with JL re FINRA |
| 8/3/2011 | JL | 0.40 | Correspondence with JMS and LSM re FINRA (.1); telephone conference with JMS re same (.1); correspondence with co-counsel re same, letter to Defendant re data exchange for mediation (.2). |
| 8/3/2011 | LSM | 0.30 | Correspondence with JMS, JL re FINRA |
| 8/4/2011 | JMS | 0.10 | Correspondence with co-counsel re FINRA |
| 8/4/2011 | JL | 0.10 | Correspondence with JMS and co-counsel re FINRA |
| 8/8/2011 | KAA | 1.70 | Save email attachment from JL (1.3); create master contact list (.2); correspondence with JL re email status (.2). |
| 8/8/2011 | JL | 1.00 | Compile client information and documents (.6); correspondence with I. Harrington (.1); correspondence with KAA re client list (.1); correspondence with co-counsel re same (.1); organize litigation file (.1). |

Page 1 of 11

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 8/9/2011 | KAA | 3.90 | Save email attachments to case file (1.9); compile and index client's contact information on master class list (1.7); correspondence with JL re client documents and master class list (.3). |
| 8/9/2011 | JL | 2.20 | Correspondence with KAA re client documents and client list (.1); telephone calls with J. Leiva (1.1); telephone call with P. Wiseman (.9). |
| 8/12/2011 | JL | 0.50 | Correspondence with JMS and OM re expungement, intakes |
| 8/16/2011 | KAA | 0.20 | Update master class list (.1); save client documents to case file (.2) |
| 8/16/2011 | JL | 0.50 | Revise correspondence with opposing counsel re mediators, dates, and data exchange |
| 8/18/2011 | CPM | 0.10 | Conference with CED and correspondence with JL |
| 8/18/2011 | CED | 0.10 | Conference with CPM. |
| 8/19/2011 | JL | 0.10 | Correspondence with JMS re request for mediation data |
| 8/23/2011 | JMS | 0.20 | Review and revise draft data and mediation letter to opposing counsel |
| 8/23/2011 | JMS | 0.10 | Correspondence with JL re opposing counsel new firm and look up same |
| 8/23/2011 | JL | 0.60 | Review and finalize correspondence with opposing counsel re mediators and data exchange (.4); correspondence with co-counsel re same (.1); correspondence with opposing counsel re same (.1). |
| 8/23/2011 | OM | 0.10 | Review settlement correspondence from JMS |
| 9/28/2011 | JMS | 0.10 | Correspondence with co-counsel re strategy for next steps |
| 10/5/2011 | JMS | 0.10 | Correspondence to M. Floyd re status of data |
| 10/6/2011 | KAA | 0.20 | Correspondence with CED re adding attorney to dockets |
| 10/6/2011 | CED | 0.20 | Review demand letter and response |
| 10/10/2011 | JMS | 0.10 | Review correspondence in preparation for call with co-counsel |
| 10/11/2011 | JMS | 0.40 | Telephone conference with co-counsel, OM, CED re response to Defendant's correspondence, DOL documents, questions for clients (.2); follow-up conference with OM, CED re assigning tasks, negotiation strategy, next steps (.2). |
| 10/11/2011 | KAA | 0.50 | Correspondence with CED re FOIL letter template (.2); search for FOIL letter template (.2); send FOIL template to CED (.1). |
| 10/11/2011 | OM | 0.00 | Telephone conference with co-counsel, JMS, CED re response to Defendant's correspondence, DOL documents, questions for clients (.2); follow-up conference with JMS, CED reassigning tasks, negotiation strategy, next steps (.2). |
| 10/11/2011 | CED | 0.40 | Telephone conference with co-counsel, JMS, OM re response to Defendant's correspondence, DOL documents, questions for clients (.2); follow-up conference with JMS, OM reassigning tasks, negotiation strategy, next steps (.2). |
| 10/14/2011 | KAA | 0.30 | Finalize and print out FOIL request (.1); draft fax sheet (.1); save FOIL request to case file (.1) |
| 10/18/2011 | OM | 1.70 | Review correspondence and draft letter to opposing counsel re settlement and data request |
| 10/19/2011 | JMS | 0.10 | Correspondence with co-counsel re potential exemption defenses |
| 10/19/2011 | JMS | 0.30 | Revise letter to opposing counsel M. Floyd re additional info for meeting |
| 10/20/2011 | KAA | 0.40 | Search for counsel contact information (.2); create counsel contact information and index (.2) |
| 10/20/2011 | CED | 0.40 | Review team correspondence re client responses to defendants rebuttal to demand letter and strategy discussions. |
| 10/20/2011 | OM | 1.30 | Review and finalize letter to opposing counsel (.3); review correspondence and notes from clients re job description and job duties (1.0). |
| 10/24/2011 | CED | 0.10 | Conference with OM re case status |
| 10/24/2011 | OM | 0.10 | Conference with OM re case status |
| 10/27/2011 | JMS | 0.10 | Conference with OM re reviewing intakes and selecting venue |
| 10/27/2011 | OM | 0.10 | Conference with JMS re reviewing intakes and selecting venue |
| 10/28/2011 | KAA | 0.30 | Scan and save correspondence from CED to Department of Labor re FOIL request |
| 11/1/2011 | CED | 0.10 | Review correspondence regarding production of information for settlement |
| 11/4/2011 | CED | 0.10 | Review correspondence. |
| 11/4/2011 | OM | 0.20 | Review confidentiality stipulation, execute and correspondence to opposing counsel M. Floyd re same |
| 11/4/2011 | JMS | 0.10 | Review proposed confidentiality agreement |
| 11/7/2011 | JMS | 0.10 | Review correspondence from opposing counsel M. Floyd |
| 11/7/2011 | JMS | 0.10 | Correspondence with co-counsel re follow-up information |
| 11/7/2011 | OM | 0.20 | Correspondence re information from Defendant for mediation |
| 11/8/2011 | KAA | 0.20 | Save Defendants' letter to case file |
| 11/8/2011 | CED | 0.50 | Review correspondence re mediation information |
| 11/9/2011 | JMS | 0.10 | Review memo re DOL investigations |
| 11/9/2011 | JMS | 0.10 | Review correspondence from opposing counsel M. Floyd and correspondence with co-counsel re meeting |
| 11/9/2011 | CED | 0.10 | Review email correspondence |
| 11/10/2011 | JMS | 0.10 | Revise correspondence to opposing counsel M. Floyd re meeting logistics |
| 11/10/2011 | JMS | 0.20 | Review calendar and select dates for meeting with M. Floyd, correspondence with OM, co-counsel re; same. |
| 11/11/2011 | JMS | 0.10 | Correspondence with co-counsel, OM re scheduling meeting with opposing counsel M. Floyd |
| 11/11/2011 | JL | 0.10 | Telephone conference with JMS re mediation |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 11/11/2011 | JMS | 0.10 | Telephone conference with JL re mediation |
| 11/13/2011 | JMS | 0.10 | Correspondence with co-counsel re damages estimates |
| 11/14/2011 | KAA | 0.20 | Calendar conference meeting with opposing counsel |
| 11/16/2011 | OM | 0.10 | Correspondence re settlement meeting |
| 11/20/2011 | JMS | 0.10 | Correspondence with JL re preparation for mediation |
| 11/22/2011 | JMS | 0.10 | Correspondence with co-counsel re initial meeting with opposing counsel |
| 11/28/2011 | JMS | 0.20 | Prepare for meeting with opposing counsel |
| 11/28/2011 | OM | 1.20 | Review documents produced by Defendant in preparation for conference |
| 11/29/2011 | CED | 0.10 | Conference with JMS re meeting with opposing counsel and next steps. |
| 11/29/2011 | JL | 1.80 | Correspondence with JMS, OM, and co-counsel re summarizing key facts (.5); conference with opposing counsel re merits, settlement (1.1); conference with JMS, OM, and co-counsel re next steps (.2). |
| 11/29/2011 | JMS | 0.20 | Prepare for meeting with opposing counsel |
| 11/29/2011 | JMS | 1.50 | Meet with co-counsel in advance of opposing counsel meeting (.2), conference with opposing counsel re merits, settlement (1.1), conference with co-counsel re next steps (.2). |
| 11/29/2011 | JMS | 0.10 | Conference with CED re meeting with opposing counsel and next steps |
| 11/29/2011 | OM | 1.50 | Conference with opposing counsel re merits, settlement l (1.1); conference with co-counsel, JMS and JL re same (.2); review summary and correspondence with JL (.2). |
| 12/1/2011 | JMS | 0.10 | Correspondence with co-counsel re data requests |
| 12/1/2011 | OM | 0.20 | Review notes and outline of information to request from co-counsel and correspondence re same |
| 12/6/2011 | JL | 0.50 | Revise letter to opposing counsel re settlement data, framework |
| 12/6/2011 | JL | 0.10 | Correspondence with JMS and OM re letter re settlement data, framework, drafting complaint |
| 12/6/2011 | JL | 0.40 | Correspondence with opposing counsel re settlement data, framework |
| 12/6/2011 | JMS | 0.20 | Revise letter to opposing counsel M. Floyd re data requests |
| 12/6/2011 | KAA | 0.10 | Scan and send letter to opposing counsel re settlement discussions and data to JL |
| 12/7/2011 | KAA | 0.10 | Save letter to opposing counsel to case file |
| 12/15/2011 | CED | 0.10 | Review correspondence re data and settlement |
| 12/15/2011 | JMS | 0.10 | Review correspondence from opposing counsel re data |
| 1/10/2012 | JMS | 0.10 | Correspondence re scheduling call with opposing counsel |
| 1/12/2012 | CED | 0.10 | Correspondence with KAA re letter from NY DOL |
| 1/12/2012 | CED | 0.10 | Review NY DOL letter re FOIL request |
| 1/12/2012 | CED | 0.10 | Review correspondence. |
| 1/12/2012 | CED | 0.10 | Review draft correspondence to NY DOL |
| 1/12/2012 | JMS | 0.10 | Correspondence with opposing counsel and co-counsel re timing of production and status. |
| 1/12/2012 | JMS | 0.10 | Review DOL letter re FOIL request |
| 1/12/2012 | KAA | 0.30 | Scan and forward DOL letter to CED re FOIL documents |
| 1/12/2012 | KAA | 0.10 | Submit check request for FOIL documents |
| 1/12/2012 | KAA | 0.30 | Draft letter enclosing check for FOIL documents |
| 1/13/2012 | KAA | 0.20 | Scan and save letter FOIL request letter to case file |
| 1/20/2012 | JMS | 0.10 | Correspondence with co-counsel re class size |
| 1/20/2012 | JL | 0.40 | Telephone conference with co-counsel and opposing counsel re mediation data |
| 1/20/2012 | JL | 0.20 | Correspondence with JMS and OM re call with opposing counsel re mediation data |
| 1/21/2012 | JMS | 0.10 | Review correspondence re call with opposing counsel, mediation potential |
| 1/24/2012 | KAA | 0.30 | Scan and save FOIL documents to case file, forward same to CED |
| 1/25/2012 | JMS | 0.10 | Correspondence with CED re reviewing FOIL documents |
| 1/26/2012 | KAA | 0.20 | Prepare FOIL documents to forward to co-counsel |
| 1/26/2012 | KAA | 0.40 | Draft email to co-counsel re FOIL documents (.2); forward same via FTP (.2) |
| 2/2/2012 | OM | 0.10 | Review confidentiality agreement |
| 2/6/2012 | KAA | 0.20 | Scan and save M. Katz letter to co-counsel re JMS letter |
| 2/7/2012 | JMS | 0.10 | Review correspondence re data from other side |
| 2/7/2012 | KAA | 0.10 | Save incentive pay and RM records spreadsheets |
| 2/12/2012 | CED | 0.90 | Review FOIL documents and compile memo for same |
| 2/13/2012 | JMS | 0.10 | Review memo re FOIL info. |
| 2/13/2012 | KAA | 0.20 | Locate and forward co-counsel email addresses to CED |
| 2/13/2012 | CED | 0.40 | Finalize NY FOIL response notes and draft email re same |
| 2/15/2012 | JMS | 0.40 | Attend meet and confer with opposing counsel re data explanation |
| 2/15/2012 | OM | 0.70 | Review spreadsheets (.3); attend meet and confer with opposing counsel re data explanation (.4) |
| 2/16/2012 | JMS | 0.10 | Correspondence with co-counsel re merits |
| 2/16/2012 | JMS | 0.10 | Review correspondence re settlement documents |
| 2/17/2012 | JMS | 0.10 | Review correspondence re settlement negotiations |
| 2/20/2012 | JMS | 0.10 | Correspondence with co-counsel re providing info to other side |
| 2/20/2012 | JMS | 0.10 | Review FOIL memo |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 2/27/2012 | JMS | 0.10 | Review correspondence from opposing counsel |
| 2/29/2012 | JMS | 0.10 | Correspondence with co-counsel re damage calculations |
| 3/1/2012 | JMS | 0.10 | Correspondence with co-counsel re damage calculations |
| 3/7/2012 | JMS | 0.10 | Correspondence with CED re work on case |
| 3/7/2012 | JMS | 0.10 | Correspondence with co-counsel re potential witness |
| 3/7/2012 | OM | 0.50 | Review correspondence re data analysis |
| 3/9/2012 | JMS | 0.10 | Review and approve correspondence to opposing counsel and damages documents |
| 3/14/2012 | JMS | 0.10 | Conference with co-counsel re status |
| 3/15/2012 | JMS | 0.10 | Correspondence with co-counsel re damages conversation with opposing counsel and mediators |
| 4/16/2012 | JMS | 0.10 | Conference with co-counsel re negotiation status |
| 4/17/2012 | JMS | 0.10 | Correspondence with co-counsel re mediator and correspondence with opposing counsel |
| 4/18/2012 | JMS | 0.20 | Review Defendant's mediator suggestions |
| 4/19/2012 | JMS | 0.10 | Correspondence with colleagues re proposed mediators |
| 4/19/2012 | JMS | 0.10 | Conference case with PWM re proposed mediators. |
| 4/19/2012 | PWM | 0.10 | Conference with JMS re proposed mediators |
| 4/19/2012 | JMS | 0.10 | Correspondence re potential mediators |
| 4/24/2012 | JMS | 0.10 | Review correspondence re mediation |
| 4/26/2012 | JMS | 0.10 | Correspondence with co-counsel re deposition dates, Review and select same |
| 4/27/2012 | JMS | 0.10 | Correspondence re mediation dates |
| 4/27/2012 | JMS | 0.10 | Correspondence with co-counsel re mediator |
| 4/28/2012 | JMS | 0.10 | Correspondence with co-counsel re mediator selection |
| 5/4/2012 | JMS | 0.10 | Review correspondence with opposing counsel re mediation scheduling and selecting mediator |
| 5/8/2012 | JMS | 0.30 | Review opposing counsel correspondence re negotiations and review defendant damage calculations |
| 5/9/2012 | JMS | 0.20 | Correspondence with co-counsel re deposition scheduling |
| 5/9/2012 | KAA | 0.20 | Saved Defendant's documents re settlement and calculation |
| 5/9/2012 | OM | 1.30 | Revise mediation statement. |
| 5/10/2012 | JMS | 0.20 | Correspondence re mediation and data |
| 5/14/2012 | JMS | 0.10 | Correspondence with counsel re mediation scheduling |
| 5/14/2012 | KAA | 0.30 | Internal file and save memorandum and CD re pre-litigation and settlement list |
| 5/14/2012 | JMS | 0.20 | Conference with co-counsel re damages, mediation |
| 5/14/2012 | JMS | 0.10 | Correspondence with OM re covering mediation |
| 5/15/2012 | JMS | 0.10 | Correspondence with co-counsel re mediation logistics and attendees |
| 5/15/2012 | JMS | 0.10 | Correspondence re mediation. |
| 5/16/2012 | JMS | 0.10 | Correspondence with co-counsel re mediation costs |
| 5/17/2012 | JMS | 0.10 | Correspondence with co-counsel re mediation statement |
| 5/21/2012 | JMS | 0.10 | Review documents sent by opposing counsel for mediation |
| 5/21/2012 | JMS | 0.10 | Correspondence with co-counsel re client authorizations |
| 5/22/2012 | JMS | 0.10 | Correspondence with co-counsel re damage calculations |
| 5/23/2012 | JMS | 0.10 | Correspondence with OM re mediation statement |
| 5/25/2012 | JMS | 0.20 | Review new damage calculations |
| 5/27/2012 | JMS | 0.10 | Correspondence with team re damage calculations |
| 5/28/2012 | JMS | 0.10 | Correspondence with OM, co-counsel re mediation statement |
| 5/28/2012 | OM | 0.10 | Conference re mediation statement with co-counsel |
| 5/30/2012 | CED | 2.10 | Research and review mediation statements and damages charts |
| 5/31/2012 | OM | 0.10 | Conference with CED re mediation statement |
| 5/31/2012 | CED | 4.20 | Review materials and draft mediation statement, conference with OM re same |
| 6/1/2012 | CED | 3.10 | Research and draft mediation statement. |
| 6/3/2012 | CED | 2.60 | Research and draft mediation statement. |
| 6/4/2012 | JMS | 0.10 | Review draft mediation statement |
| 6/4/2012 | CED | 2.10 | Research and draft mediation statement. |
| 6/4/2012 | JMS | 0.10 | Conference with co-counsel re mediation |
| 6/4/2012 | CED | 1.80 | Research and write mediation statement |
| 6/5/2012 | JMS | 0.10 | Conference with co-counsel re mediation |
| 6/5/2012 | JMS | 0.10 | Correspondence with JL re mediation |
| 6/5/2012 | JMS | 0.10 | Correspondence with co-counsel re mediation |
| 6/5/2012 | CED | 0.80 | Review case authorities |
| 6/5/2012 | CED | 0.80 | Revise mediation statement. |
| 6/6/2012 | KAA | 0.30 | Search and verify mediator correspondence and mailing address |
| 6/6/2012 | KAA | 0.30 | Compile and print exhibits for mediation statement to be sent to mediator |
| 6/6/2012 | KAA | 0.30 | Correspondence with CED re preparing mediation statement and exhibits |
| 6/6/2012 | KAA | 0.20 | Forward master class list to CED. |
| 6/6/2012 | OM | 1.20 | Correspondence with CED re mediation statement, revise same |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 6/6/2012 | CED | 3.00 | Revise mediation statement. |
| 6/6/2012 | CED | 0.10 | Correspondence with KAA re finalizing mediation statement |
| 6/6/2012 | CED | 0.20 | Telephone conference with mediator re extension and submission requirements |
| 6/6/2012 | CED | 0.20 | Review documents for mediation statement |
| 6/6/2012 | CED | 0.10 | Revise mediation statement. |
| 6/6/2012 | JL | 0.20 | Correspondence with JMS, OM, CED, and co-counsel re edits to mediation statement |
| 6/7/2012 | JMS | 0.20 | Review mediation statement |
| 6/7/2012 | JMS | 0.20 | Review next draft of mediation statement |
| 6/7/2012 | JMS | 0.10 | Review final mediation statement |
| 6/7/2012 | KAA | 1.00 | Prepare mediation statement and exhibits |
| 6/7/2012 | CED | 4.10 | Final review of mediation statement |
| 6/7/2012 | OM | 1.00 | Review and revise mediation statement, correspondence with CED re same |
| 6/8/2012 | JMS | 0.10 | Review Defendant's mediation statement |
| 6/8/2012 | JMS | 0.10 | Review client proxies. |
| 6/8/2012 | MTL | 0.30 | Finalize mediation binder. |
| 6/8/2012 | PTP | 0.70 | [KL] Print Plaintiffs' and Defendant's mediation statements and exhibits (.3); assemble same into binder (.4) |
| 6/8/2012 | KAA | 0.20 | Save mediation statement and exhibits to case file |
| 6/8/2012 | CED | 0.30 | Review mediation statement |
| 6/8/2012 | OM | 1.00 | Review Defendant's mediation submission and correspondence with CED re same |
| 6/11/2012 | CED | 0.10 | Correspondence with KAA re mediation binder |
| 6/11/2012 | CED | 0.20 | Review authorities for mediation binder |
| 6/11/2012 | JL | 0.20 | Telephone conference with JMS re preparing for mediation |
| 6/11/2012 | JL | 0.10 | Organize litigation file |
| 6/11/2012 | JMS | 0.10 | Correspondence with co-counsel re preparation for mediation |
| 6/11/2012 | JMS | 0.10 | Correspondence with KAA re preparing mediation binder |
| 6/11/2012 | JMS | 0.10 | Correspondence with JL re mediation preparation |
| 6/11/2012 | JMS | 0.20 | Conference with co-counsel re mediation preparation |
| 6/11/2012 | JMS | 0.20 | Telephone conference with JL re preparing for mediation |
| 6/11/2012 | JMS | 0.70 | Prepare for mediation. |
| 6/11/2012 | KAA | 2.00 | Compile and print Plaintiffs' summary judgment and cited cases re administration exemption in case file |
| 6/11/2012 | KAA | 1.00 | Print and create mediation statement binder for CED (.7); draft correspondence for staffing to assemble same (.3). |
| 6/11/2012 | KAA | 0.10 | Conference with CED re pulling cited cases re administration exemption |
| 6/11/2012 | KAA | 0.10 | Send CED and JMS mediation binders. |
| 6/11/2012 | PTP | 1.70 | [KL] Compile, print and create mediation statement binder for CED |
| 6/12/2012 | JMS | 0.10 | Coordinate logistics for mediation |
| 6/12/2012 | JL | 0.10 | Correspondence with co-counsel re preparing for mediation |
| 6/12/2012 | JL | 0.20 | Telephone conference with JMS re preparing for mediation |
| 6/12/2012 | JL | 1.80 | Prepare for mediation. |
| 6/12/2012 | JMS | 0.20 | Telephone conference with JL re preparing for mediation |
| 6/12/2012 | JMS | 1.20 | Prepare for mediation. |
| 6/13/2012 | KAA | 0.10 | Save letter from mediator re mediation to case file |
| 6/13/2012 | JMS | 8.00 | Attend mediation. |
| 6/13/2012 | JMS | 10.80 | Travel to and from Chicago for mediation. |
| 6/13/2012 | JL | 9.00 | Travel to and from Chicago for mediation. |
| 6/13/2012 | JL | 8.00 | Attend mediation. |
| 6/14/2012 | KAA | 0.10 | Save terms of settlement and Defendant's time analysis to case file |
| 6/15/2012 | JL | 0.20 | Review memorandum of understanding |
| 6/15/2012 | JL | 0.10 | Correspondence with JMS and co-counsel re additional terms |
| 6/15/2012 | JL | 0.10 | Organize mediation documents. |
| 6/15/2012 | JL | 0.10 | Correspondence with co-counsel re memorandum of understanding |
| 6/15/2012 | JMS | 0.20 | Review correspondence from counsel re term sheet, review term sheet, correspondence with team re changes. |
| 6/15/2012 | JMS | 0.10 | Conference with mediator re claim administration point |
| 6/15/2012 | JMS | 0.10 | Correspondence with co-counsel re states to include in settlement document |
| 6/17/2012 | JMS | 0.10 | Correspondence with co-counsel re changes to term sheet |
| 6/17/2012 | JMS | 0.10 | Correspondence with co-counsel re venue, potential plaintiffs |
| 6/17/2012 | JMS | 0.10 | Correspondence with co-counsel re changes to MOU |
| 6/17/2012 | JMS | 0.10 | Correspondence with JL, co-counsel re drafting complaint |
| 6/18/2012 | JL | 0.10 | Correspondence with JMS and co-counsel re settlement terms |
| 6/18/2012 | JMS | 0.10 | Correspondence with co-counsel re changes to MOU |
| 6/19/2012 | JMS | 0.10 | Review revised MOU |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 6/20/2012 | JMS | 0.10 | Correspondence with co-counsel and opposing counsel re MOU changes |
| 6/21/2012 | JL | 0.10 | Correspondence with JMS re drafting settlement agreement |
| 6/21/2012 | JL | 0.10 | Draft settlement agreement |
| 6/21/2012 | JL | 0.20 | Update task list. |
| 6/21/2012 | JMS | 0.10 | Correspondence with JL re drafting settlement agreement |
| 6/27/2012 | JMS | 0.10 | Correspondence with co-counsel re drafting settlement agreement |
| 7/6/2012 | JMS | 0.10 | Correspondence with co-counsel re potential plaintiffs |
| 7/11/2012 | JL | 0.10 | Organize litigation file |
| 7/16/2012 | JL | 0.10 | Telephone conference with JMS re settlement agreement |
| 7/16/2012 | JMS | 0.10 | Telephone conference with JL re settlement agreement |
| 7/17/2012 | JL | 1.60 | Draft settlement agreement |
| 7/18/2012 | JMS | 0.20 | Review draft settlement agreement |
| 7/18/2012 | JL | 5.30 | Draft settlement agreement |
| 7/18/2012 | JL | 0.30 | Correspondence with JMS re settlement agreement, other settlement issues |
| 7/18/2012 | JL | 0.10 | Organize file. |
| 7/22/2012 | JMS | 0.10 | Correspondence with JL re settlement agreement |
| 7/24/2012 | JMS | 0.10 | Correspondence with co-counsel re claims administrator |
| 7/24/2012 | JMS | 0.20 | Review and revise correspondence to opposing counsel counsel re named plaintiffs, correspondence with co counsel re same. |
| 7/24/2012 | JMS | 0.10 | Correspondence with JL re settlement agreement |
| 7/24/2012 | JL | 0.80 | Revise settlement agreement |
| 7/24/2012 | JL | 0.10 | Correspondence with co-counsel re edits to settlement agreement |
| 7/25/2012 | JMS | 0.10 | Correspondence with co-counsel, JL re release issues |
| 7/25/2012 | MTL | 0.20 | Scrub document for JL. |
| 7/25/2012 | JL | 0.30 | Finalize settlement agreement |
| 7/25/2012 | JL | 0.10 | Correspondence with opposing counsel re settlement agreement |
| 7/25/2012 | JL | 0.10 | Correspondence with co-counsel re settlement agreement |
| 8/1/2012 | JMS | 0.10 | Correspondence with co-counsel re plaintiffs and Review correspondence with opposing counsel |
| 8/13/2012 | JL | 0.10 | Correspondence with opposing counsel re settlement agreement |
| 8/13/2012 | JL | 0.10 | Correspondence with co-counsel re settlement agreement |
| 8/14/2012 | JMS | 0.10 | Correspondence with co-counsel re settlement agreement issues |
| 8/15/2012 | JMS | 0.10 | Correspondence with co-counsel re settlement agreement issues |
| 8/15/2012 | JL | 0.10 | Review settlement agreement |
| 8/15/2012 | JL | 0.10 | Correspondence with co-counsel re settlement agreement |
| 8/16/2012 | JL | 0.10 | Correspondence with JMS and co-counsel re defendants' revisions to settlement agreement |
| 8/16/2012 | JMS | 0.10 | Correspondence with co-counsel re negotiating settlement agreement |
| 8/17/2012 | JMS | 0.10 | Correspondence with co-counsel re claims administration |
| 8/18/2012 | JMS | 0.10 | Review claims admin proposal |
| 8/20/2012 | JMS | 0.10 | Correspondence with co-counsel re draft settlement agreement |
| 8/20/2012 | JMS | 0.20 | Review draft settlement agreement |
| 8/21/2012 | JMS | 0.10 | Review proposal from claims administrator |
| 8/21/2012 | JMS | 0.10 | Review claims administration proposals |
| 8/27/2012 | JMS | 1.10 | Review draft settlement agreement |
| 8/28/2012 | JMS | 0.10 | Correspondence with co-counsel re settlement agreement |
| 9/1/2012 | JMS | 0.40 | Legal research re cy pres issue |
| 9/3/2012 | JMS | 0.10 | Correspondence with co-counsel re changes to settlement agreement |
| 9/4/2012 | JMS | 0.10 | Correspondence with co-counsel re changes to settlement agreement |
| 9/4/2012 | JMS | 0.10 | Review model complaint for drafting |
| 9/4/2012 | JL | 0.10 | Organize file. |
| 9/4/2012 | JL | 0.10 | Correspondence with JMS and co-counsel re incentive awards |
| 9/6/2012 | JMS | 0.20 | Conference with co-counsel, JL re changes to settlement agreement (.1); follow-up conference with JL re same (.1). |
| 9/6/2012 | JL | 0.20 | Telephone conference with JMS and co-counsel re changes to settlement agreement (.1); follow-up conference with JMS re same (.1). |
| 9/7/2012 | JMS | 0.10 | Review correspondence re negotiations |
| 9/7/2012 | JMS | 0.10 | Correspondence with co-counsel re negotiations |
| 9/11/2012 | JMS | 0.20 | Conference with A. Karamouzis re negotiations over agreement terms |
| 9/11/2012 | JMS | 0.90 | Locate and review cases re cy pres designee and draft memo to A. Karamouzis re same |
| 9/11/2012 | JMS | 0.10 | Review draft complaint and memo to ACT re instructions for further Review |
| 9/12/2012 | JMS | 0.20 | Conference with A. Karamouzis re cy pres issue, correspondence with JL re revising draft agreement |
| 9/12/2012 | ACT | 1.40 | Revise complaint. |
| 9/12/2012 | JMS | 1.00 | Review and revise draft settlement agreement and correspondence to JL re changes |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 9/12/2012 | JL | 0.50 | Review and revise settlement agreement |
| 9/13/2012 | JL | 0.30 | Review and revise settlement agreement |
| 9/13/2012 | JL | 3.00 | Review and revise draft complaint |
| 9/13/2012 | JMS | 0.80 | Continue review of settlement agreement and forward changes to co-counsel |
| 9/17/2012 | JL | 1.30 | Legal research re state laws |
| 9/17/2012 | JL | 1.50 | Revise complaint. |
| 9/18/2012 | JMS | 0.10 | Review draft complaint. |
| 9/18/2012 | JMS | 0.10 | Conference with co-counsel re status of settlement process |
| 9/18/2012 | JL | 0.80 | Finalize complaint. |
| 9/18/2012 | JL | 0.10 | Correspondence with JMS and co-counsel re draft complaint, filing |
| 9/19/2012 | JMS | 0.10 | Correspondence with JL re changes to draft complaint |
| 9/19/2012 | JL | 0.20 | Review and revise draft complaint |
| 9/19/2012 | JL | 0.10 | Correspondence with JMS re individual state law claims |
| 9/19/2012 | JL | 0.20 | Finalize complaint. |
| 9/24/2012 | JMS | 0.40 | Review changes to agreement and complaint and correspondence with co-counsel re same |
| 9/24/2012 | JMS | 0.10 | Correspondence with A. Karamouzis re change to settlement agreement |
| 9/24/2012 | JMS | 0.10 | Review additional new language for agreement |
| 9/25/2012 | JMS | 0.10 | Review final settlement agreement for signatures |
| 10/2/2012 | DAA | 0.50 | Review case documents for motion for preliminary approval |
| 10/2/2012 | DAA | 0.10 | Correspondence with plaintiff. |
| 10/2/2012 | JL | 0.10 | Telephone conference with JMS re preliminary approval motion |
| 10/2/2012 | JL | 0.10 | Correspondence with JMS and co-counsel re complaint, preliminary approval motion |
| 10/2/2012 | JL | 0.30 | Review complaint. |
| 10/2/2012 | JL | 0.20 | Correspondence with DAA re preliminary approval motion |
| 10/2/2012 | JMS | 0.10 | Telephone conference with JL re case overview, preliminary approval motion |
| 10/3/2012 | DAA | 0.50 | Telephone conference with JL re preliminary approval motion |
| 10/3/2012 | DAA | 0.20 | Draft declaration template for preliminary approval motion |
| 10/3/2012 | DAA | 1.30 | Draft motion for preliminary approval and supporting documents |
| 10/3/2012 | JL | 0.50 | Telephone conference with DAA re case overview, preliminary approval motion |
| 10/3/2012 | JL | 1.00 | Review and revise complaint |
| 10/3/2012 | JL | 0.30 | Correspondence with JMS, DAA, and co-counsel re complaint |
| 10/4/2012 | JMS | 0.10 | Review draft complaint and final settlement agreement |
| 10/4/2012 | JMS | 0.10 | Conference with co-counsel re prelminary approval papers |
| 10/4/2012 | JL | 1.70 | Draft declaration in support of preliminary approval. |
| 10/4/2012 | JL | 0.10 | Correspondence with DAA re preliminary approval motion, settlement notices |
| 10/5/2012 | JMS | 0.10 | Conference with co-counsel re inquiry from CO DOL |
| 10/5/2012 | DAA | 1.40 | Draft preliminary approval memorandum |
| 10/8/2012 | JL | 0.10 | Correspondence with co-counsel re preliminary approval motion |
| 10/8/2012 | JL | 0.10 | Correspondence with DA re preliminary approval motion |
| 10/8/2012 | DAA | 3.20 | Draft preliminary approval and supporting documents. |
| 10/9/2012 | DAA | 7.00 | Draft preliminary approval order and supporting documents |
| 10/9/2012 | DAA | 0.10 | E-mail correspondence to JL about preliminary approval order |
| 10/9/2012 | JL | 0.10 | Correspondence with DAA re FLSA settlement approval |
| 10/10/2012 | JMS | 0.10 | Review correspondence among counsel re CO DOL filing and timing of filings |
| 10/10/2012 | JMS | 0.10 | Conference with JL re preliminary approval motion |
| 10/10/2012 | JL | 0.10 | Conference with JMS re preliminary approval motion |
| 10/10/2012 | JL | 0.60 | Review and revise preliminary approval motion |
| 10/11/2012 | JMS | 0.20 | Review defendant suggestions to draft complaint |
| 10/11/2012 | JL | 0.20 | Legal research re preliminary approval |
| 10/11/2012 | JL | 0.10 | Review defendants' revision to proposed complaint |
| 10/12/2012 | DAA | 0.30 | Conference with JL re preliminary approval motion, declaration, proposed order |
| 10/12/2012 | DAA | 2.90 | Review MOL, declaration, and proposed order for preliminary approval |
| 10/12/2012 | DAA | 0.20 | Correspondence with potential class member |
| 10/12/2012 | JL | 1.40 | Revise preliminary approval motion |
| 10/12/2012 | JL | 0.30 | Conference with DAA re preliminary approval motion, declaration, proposed order |
| 10/12/2012 | JL | 0.40 | Review and revise notices |
| 10/13/2012 | JL | 0.60 | Review and finalize preliminary approval papers |
| 10/14/2012 | JMS | 0.10 | Review correspondence with opposing counsel re settlement agreement and correspondence among team re revisions to documents. |
| 10/15/2012 | JL | 2.00 | Review and revise preliminary approval papers |
| 10/16/2012 | JL | 0.30 | Review and revise preliminary approval papers |
| 10/16/2012 | JL | 0.10 | Organize litigation file |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 10/17/2012 | JL | 0.10 | Correspondence with JMS re preliminary approval papers |
| 10/17/2012 | JL | 0.10 | Telephone conference with JMS re preliminary approval order |
| 10/17/2012 | JL | 0.50 | Revise proposed order |
| 10/17/2012 | JL | 0.40 | Revise preliminary approval motion |
| 10/17/2012 | JL | 0.10 | Correspondence with opposing counsel and co-counsel re preliminary approval papers |
| 10/17/2012 | JMS | 0.60 | Review draft preliminary approval papers |
| 10/17/2012 | JMS | 0.30 | Review and revise additional language for proposed order (.2); telephone conference with JL re same (.1 |
| 10/18/2012 | JMS | 0.10 | Continue review of preliminary approval papers |
| 10/18/2012 | JMS | 0.10 | Correspondence with JL, co-counsel re filing complaint |
| 10/18/2012 | JL | 0.10 | Correspondence with JMS and co-counsel re filing complaint |
| 10/18/2012 | JL | 0.20 | Finalize complaint. |
| 10/18/2012 | JL | 0.10 | Correspondence with JRL re filing complaint |
| 10/19/2012 | JL | 0.50 | Supervise complaint filing. |
| 10/19/2012 | JL | 0.10 | Correspondence with JRL and co-counsel re consent forms, addresses |
| 10/19/2012 | JL | 0.10 | Telephone conference and correspondence with opposing counsel re complaint filing |
| 10/19/2012 | JL | 0.10 | Correspondence with JMS and co-counsel re consent to jurisdiction of magistrate |
| 10/19/2012 | JMS | 0.10 | Review and sign final version of complaint |
| 10/19/2012 | JMS | 0.10 | Correspondence with opposing counsel re filing and consent form |
| 10/19/2012 | JRL | 2.30 | Prepare civil cover sheet and summons; prepare complaint and exhibits to file with Court; scan and save complaint; correspondence with JL and co-counsel re civil cover sheet. |
| 10/19/2012 | PTP | 1.90 | [AP] Travel to and from Court to file complaint. |
| 10/22/2012 | JMS | 0.10 | Telephone conference with opposing counsel re referral to MJ |
| 10/22/2012 | JMS | 0.10 | Memo to team re telephone conference with opposing counsel and drafting consent to MJ form |
| 10/22/2012 | JL | 0.20 | Prepare magistrate consent form, and correspondence with opposing counsel re same |
| 10/22/2012 | MTL | 0.40 | Prepare Magistrate Judge referral consent for filing, correspondence with JL re same, forward same to SDNY Orders & Judgments. |
| 10/23/2012 | AXP | 0.20 | Save documents to case file |
| 10/23/2012 | JL | 0.30 | Telephone conference from C. Shero re lawsuit |
| 10/25/2012 | JMS | 0.10 | Review referral order and correspondence with team |
| 10/25/2012 | JRL | 0.30 | Telephone conference with process server re service of summons |
| 10/26/2012 | JMS | 0.10 | Review final agreements. |
| 11/5/2012 | JL | 1.10 | Cite-check declaration, memo of law, and proposed order |
| 11/5/2012 | JL | 1.30 | Finalize preliminary approval papers |
| 11/5/2012 | JL | 0.20 | Correspondence with and telephone conference to opposing counsel re filing of preliminary approval motion page extension. |
| 11/5/2012 | JL | 0.30 | Correspondence with Judge Ellis re page extension |
| 11/5/2012 | JL | 0.10 | Correspondence with KAR and JRL re preliminary approval filing |
| 11/5/2012 | JL | 0.10 | Compile exhibits. |
| 11/5/2012 | JL | 0.10 | Set up case email account |
| 11/6/2012 | JL | 0.10 | Correspondence with JRL re preliminary approval filing |
| 11/6/2012 | JL | 0.10 | Revise notices |
| 11/6/2012 | JL | 0.60 | Review and finalize MOL in support of preliminary approval |
| 11/6/2012 | JL | 0.10 | Correspondence with JMS, co-counsel, and opposing counsel re page extension, filing of preliminary approva papers. |
| 11/6/2012 | JMS | 0.10 | Review correspondence and correspondence with JL re timing of filing preliminary approval papers |
| 11/6/2012 | JRL | 5.20 | Correspondence with JL re compiling TOA/TOC; compile same, review same with rA; compile exhibits and prepare preliminary approval papers for filing. |
| 11/7/2012 | JL | 0.20 | Correspondence with RA and JMD re finalizing preliminary approval papers |
| 11/7/2012 | JMD | 2.00 | Convert preliminary approval papers to PDF/A in preparation of filing; file same via ECF |
| 11/7/2012 | JMD | 0.20 | Save filed motion papers to case file |
| 11/7/2012 | JMD | 0.50 | Draft enclosure letter for courtesy copies to judge |
| 11/7/2012 | JMS | 0.20 | Review approval papers as filed |
| 11/8/2012 | PTP | 1.20 | [AXS] Velobind courtesy copies re PA motion |
| 11/8/2012 | JMD | 0.40 | Finalize enclosure letter to the Court |
| 11/8/2012 | JMD | 0.50 | Prepare envelope for delivery by messenger |
| 11/12/2012 | JMS | 0.10 | Review correspondence to clients |
| 11/12/2012 | JL | 0.10 | Correspondence with JRL re filing affidavit of service |
| 11/12/2012 | JMS | 0.10 | Correspondence with A. Karamosouzis re settlement approval process |
| 11/12/2012 | JRL | 0.10 | Scan, save, and circulate affidavit of service. |
| 11/12/2012 | JRL | 0.10 | Correspondence with JL re affidavit of service |
| 11/12/2012 | JRL | 0.30 | Prepare and file affidavit of service. |
| 11/16/2012 | JMS | 0.10 | Conference with co-counsel re status |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 11/19/2012 | JMS | 0.10 | Correspondence with JL re status of CAFA notices |
| 11/19/2012 | JL | 0.10 | Correspondence with co-counsel and opposing counsel re CAFA notices |
| 11/30/2012 | JMS | 0.10 | Conference with C. Binns from Judge's chambers |
| 11/30/2012 | JMS | 0.10 | Conference with co-counsel re status of PA motion |
| 12/3/2012 | JMS | 0.10 | Correspondence with team re date of fairness hearing |
| 12/3/2012 | JMS | 0.10 | Check dates and correspondence re FA hearing |
| 12/4/2012 | JRL | 0.20 | Save documents to case file |
| 12/13/2012 | JRL | 0.10 | Add email address to receive ECF notifications |
| 12/13/2012 | JRL | 0.20 | Calendar date and save document to case file |
| 12/14/2012 | JMS | 0.10 | Review correspondence re claims administrator issues |
| 12/14/2012 | JL | 0.10 | Correspondence with claims administrator re notices |
| 12/21/2012 | JMS | 0.10 | Correspondence with JL re notice issues |
| 12/21/2012 | JL | 0.10 | Correspondence with JMS re class list |
| 12/26/2012 | JMS | 0.10 | Review notice papers. |
| 12/27/2012 | JMS | 0.10 | Review notice papers. |
| 12/27/2012 | JMS | 0.10 | Correspondence with JL re form of notice papers |
| 12/28/2012 | JMS | 0.10 | Review final settlement notice documents |
| 12/29/2012 | JMS | 0.10 | Correspondence with A. Karamouzis re setting fairness hearing date |
| 12/29/2012 | JMS | 0.20 | Correspondence with S. Stern re setting fairness hearing date |
| 12/31/2012 | JMS | 0.10 | Correspondence with B. Donelson re his client's claims and class settlement |
| 12/31/2012 | JMS | 0.10 | Review correspondence with claims administrator |
| 12/31/2012 | JMS | 0.10 | Review correspondence from claims administrator |
| 1/2/2013 | JL | 0.10 | Organize file. |
| 1/3/2013 | JL | 0.10 | Telephone conference to claims administrator re class list |
| 1/4/2013 | JMS | 0.10 | Revise correspondence to class reps |
| 1/4/2013 | JRL | 0.30 | Telephone conference with class member and correspondence with JL re same |
| 1/4/2013 | JRL | 0.30 | Telephone conference with JL re settlement |
| 1/4/2013 | JL | 0.20 | Telephone conference with JRL re notices, settlement, class member inquiries |
| 1/4/2013 | JL | 0.10 | Correspondence with claims administrator re settlement amounts |
| 1/4/2013 | JL | 0.10 | Correspondence with T. Lefke re settlement amount |
| 1/4/2013 | JL | 0.40 | Telephone conference with P. Georgeo re settlement |
| 1/4/2013 | JL | 0.20 | Telephone conference with W. Fuller re settlement |
| 1/4/2013 | JL | 0.10 | Correspondence with co-counsel re class list |
| 1/7/2013 | JRL | 0.50 | Create contact log for calls from lass members |
| 1/7/2013 | JRL | 0.20 | Review settlement notice for class members |
| 1/7/2013 | JRL | 0.60 | Telephone conferences with class members re settlement and update contact log |
| 1/7/2013 | JRL | 0.20 | Correspondence with JL re class member questions |
| 1/7/2013 | JRL | 0.10 | Correspondence with claim's administrator re class member information update |
| 1/7/2013 | JL | 0.20 | Telephone conference with J. Kukla. |
| 1/8/2013 | JRL | 0.30 | Telephone conference with class member |
| 1/8/2013 | JRL | 0.10 | Correspondence with JL re same |
| 1/8/2013 | JL | 0.30 | Telephone call with A. Erickson re settlement |
| 1/10/2013 | JRL | 0.30 | Telephone conferences with class members re settlement |
| 1/10/2013 | JMS | 0.10 | Review correspondence from class members |
| 1/10/2013 | JL | 0.20 | Correspondence with T. Currie re settlement |
| 1/10/2013 | JL | 0.10 | Correspondence with M. Johnson re settlement |
| 1/11/2013 | JRL | 0.10 | Telephone conference with class members re notice |
| 1/11/2013 | JRL | 0.20 | Update contact log. |
| 1/14/2013 | JRL | 0.20 | Telephone conferences with class members re settlement |
| 1/15/2013 | JMS | 0.10 | Correspondence re claims administration process |
| 1/15/2013 | JL | 0.10 | Correspondence with L. Stokes re settlement |
| 1/15/2013 | JL | 0.10 | Telephone conference with I. Bond re settlement |
| 1/15/2013 | JL | 0.10 | Correspondence with JMS re claims administration fees |
| 1/15/2013 | JL | 0.10 | Correspondence with co-counsel re claims administration fees |
| 1/15/2013 | JRL | 0.50 | Telephone conference with class members re notice |
| 1/15/2013 | JRL | 0.10 | Correspondence with claim's admin re class member updated contact information |
| 1/15/2013 | JRL | 0.40 | Check request for service payment and telephone conferences with class representatives re service award payments. |
| 1/16/2013 | JL | 0.30 | Telephone conference with L. Stokes re case, settlement |
| 1/16/2013 | JL | 0.10 | Correspondence with JMS and co-counsel re reclassification |
| 1/16/2013 | JL | 0.20 | Telephone conference with S. Fernandez re settlement |
| 1/16/2013 | JRL | 0.30 | Correspondence with claim's administrator re updated class member address |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 1/16/2013 | JRL | 0.70 | Telephone conferences with class members re settlement |
| 1/16/2013 | JRL | 0.10 | Correspondence with JL re class member call back |
| 1/17/2013 | JMS | 0.10 | Conference with co-counsel re status of settlement |
| 1/17/2013 | JRL | 0.10 | Telephone conferences with class members re notice and change of address |
| 1/17/2013 | JMS | 0.10 | Review claims administration report. |
| 1/18/2013 | JMS | 0.10 | Review correspondence re claims administration |
| 1/18/2013 | JL | 0.20 | Telephone conference from I. Bond re settlement |
| 1/20/2013 | JMS | 0.10 | Correspondence with JL re instructions for contacting class member in response to inquiry |
| 1/22/2013 | JRL | 0.20 | Telephone conferences with class members re settlement |
| 1/23/2013 | JRL | 0.10 | Correspondence with JL re class member change of address, correspondence with Claims Administrator re same. |
| 1/24/2013 | JMS | 0.10 | Correspondence with team re status of claims process |
| 1/24/2013 | JMS | 0.10 | Review claims administrator report |
| 1/24/2013 | JRL | 0.30 | Telephone conferences with class members re settlement |
| 1/24/2013 | JRL | 0.10 | Correspondence with Claims Administrator re updated class information |
| 1/31/2013 | JRL | 0.40 | Prepare compliance letter and correspondence with JL re same |
| 1/31/2013 | JRL | 0.10 | Prepare correspondence to be mailed |
| 1/31/2013 | JRL | 0.20 | Redact plaintiff's consent to join and correspondence with JL re same |
| 1/31/2013 | JRL | 0.10 | Save retainer letter and redact information. |
| 2/1/2013 | JRL | 0.40 | Telephone conference with class members re settlement amount |
| 2/1/2013 | JRL | 0.10 | Correspondence with claim's admin re updated class information |
| 2/1/2013 | JRL | 0.20 | Update class member information and correspondence with class member re same |
| 2/4/2013 | JRL | 0.10 | Telephone conference with class members re settlemen |
| 2/6/2013 | JMS | 0.10 | Review Claims Administrator report re settlement |
| 2/15/2013 | JMS | 0.10 | Correspondence with co-counsel re coordinated response to press inquiry |
| 2/15/2013 | JMS | 0.10 | Correspondence with JL, NS re final approval papers |
| 2/15/2013 | JL | 0.40 | Legal research re final approval |
| 2/15/2013 | NS | 0.10 | Correspondence with JMS, JL re Final Approval motion |
| 2/18/2013 | JL | 0.10 | Correspondence with NS re drafting final approval motions |
| 2/19/2013 | JL | 0.30 | Telephone conference with NS re final approval motions |
| 2/19/2013 | NS | 0.30 | Telephone conference with JL re final approval motion |
| 2/19/2013 | NS | 2.60 | Draft MOLs in support of motion for attorney fees and service awards, draft notice of motion for same, correspondence with JL re same. |
| 2/22/2013 | NS | 1.10 | Draft proposed order for final approval. |
| 2/23/2013 | NS | 2.10 | Contiue to draft proposed order for final approval. |
| 2/24/2013 | JL | 0.10 | Correspondence with E. Dobson re status update |
| 2/27/2013 | JMS | 0.10 | Review Claims Administrator report, prepare for hearing |
| 2/27/2013 | JRL | 0.10 | Telephone conference with class member re settlement checks |
| 2/27/2013 | JL | 0.10 | Correspondence with Claims Administrator re declaration of notice procedures |
| 2/27/2013 | JL | 0.10 | Correspondence with co-counsel re attorneys fees motion |
| 2/28/2013 | PTP | 2.60 | [GSA] - Conference with JRL re time entry review (.1); review time entries (2.5 |
| 2/28/2013 | JMS | 0.10 | Review claims administrator declaration. |
| 2/28/2013 | JRL | 3.30 | Review time entries and correspondence with JL re same |
| 2/28/2013 | JRL | 0.10 | Meeting with PTP re reviewing time entries. |
| 2/28/2013 | JRL | 0.40 | Correspondence with JL and edit time entries with comments |
| 2/28/2013 | JRL | 0.40 | Correspondence with JL re opt-out members' information |
| 2/28/2013 | JL | 3.80 | Edit motion for final approval. |
| 2/28/2013 | JL | 0.70 | Edit motion in support of service awards. |
| 2/28/2013 | JL | 0.60 | Edit motion in support of attorneys fees. |
| 3/1/2013 | JRL | 0.40 | Correspondence with JL re status and prepare fee assignment |
| 3/1/2013 | JMS | 0.50 | Review and revise final approval brief |
| 3/1/2013 | JL | 0.10 | Correspondence with JRL re fee and time summaries |
| 3/1/2013 | JL | 0.10 | Correspondence with M. Porowski re document collection |
| 3/1/2013 | JL | 5.10 | Edit motion for attorneys' fees. |
| 3/1/2013 | MTL | 2.50 | Review and finalize time records for fee file appeal (1.3); compile fees and costs summary (.8); correspondence with JL re same (.2); draft correspondence to JRL re same (.2). |
| 3/1/2013 | JL | 1.00 | Edit proposed order. |
| 3/1/2013 | JMS | 0.10 | Review correspondence with claims administrator re: declaration process |
| 3/1/2013 | JMS | 0.10 | Correspondence with JL re: attorneys' fees brief changes |
| 3/2/2013 | JL | 1.10 | Incorporate JMS and co-counsel edits to final approval motion |
| 3/2/2013 | JL | 1.20 | Edit proposed order granting final approval |
| 3/2/2013 | JL | 0.10 | Correspondence with JMS re edits to final approval motion |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Time Records**

| Date | Lwyr | Hours | Explanation |
|---|---|---|---|
| 3/2/2013 | JMS | 0.10 | Correspondence with JL re: changes and additional arguments in FA brief |
| 3/3/2013 | JMS | 2.10 | Review and revise FA papers, research for same |
| 3/3/2013 | JL | 0.50 | Finalize memo of law in support of final approval |
| 3/3/2013 | JL | 0.10 | Correspondence with opposing counsel re memo of law in support of final approval |
| 3/3/2013 | JL | 0.20 | Correspondence with JMS re edits to proposed order, fee brief, and service award brief |
| 3/3/2013 | JL | 1.30 | Draft JMS declaration in support of final approval. |
| 3/3/2013 | JL | 0.10 | Correspondence with JRL re finalizing memo of law and JMS declaration in support of final approval |
| 3/3/2013 | JMS | 0.10 | Correspondence with G. Shavitz re: additional information for FA papers |
| 3/4/2013 | JMS | 0.20 | Review and send to JL next draft of FA papers |
| 3/4/2013 | AXP | 0.50 | Review TOA/TOC page numbers with JRL |
| 3/4/2013 | JL | 1.70 | Review and edit propsed order granting final approval |
| 3/4/2013 | JL | 0.1 | Correspondence with opposing counsel re proposed order |
| 3/4/2013 | JL | 0.6 | Review and edit co-counsel declaration |
| 3/4/2013 | JL | 0.1 | Correspondence with co-counsel re declaration |
| 3/4/2013 | JL | 1.80 | Review and edit memo of law in support of motion for final approval |
| 3/4/2013 | JL | 0.70 | Review and edit memo of law in support of motion for final approval |
| 3/4/2013 | JL | 1.9 | Draft JMS declaration in support of attorneys' fees and service awards |
| 3/4/2013 | JL | 0.3 | Correspondence with JRL re finalizing motion papers |
| 3/4/2013 | JL | 0.2 | Review declaration and exhibits. |
| 3/4/2013 | JRL | 1.5 | Prepare TOA/TOC for motion and compile exhibits |
| 3/4/2013 | JRL | 0.5 | Review TOA/TOC page numbers with AXP |
| 3/4/2013 | JRL | 0.5 | Finalize declarations and exhibits |
| 3/4/2013 | JRL | 0.5 | Review time entries |
| | Total | 281.90 | |

Page 11 of 11