# EXHIBIT B

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
**Outten Golden**
**Fees Summary**

|  | Hours | Fees |
|---|---|---|
| **Attorneys** | 225.1 | $ 99,422.50 |
| **Support Staff** | 56.8 | $ 10,488.50 |
| **TOTAL** | 281.9 | $ 109,911.00 |

**Attorneys**

| Name | Initials | Position | Rate | Hours | Total |
|---|---|---|---|---|---|
| Laurence S. Moy | LSM | Partner | $ 775.00 | 0.3 | $ 232.50 |
| Justin M. Swartz | JMS | Partner | $ 700.00 | 57.0 | $ 39,900.00 |
| Carmelyn P. Malais | CPM | Partner | $ 575.00 | 0.1 | $ 57.50 |
| Ossai Miazad | OM | Partner | $ 475.00 | 13.5 | $ 6,412.50 |
| Rachel M. Bien | RMB | Partner | $ 475.00 | 0.1 | $ 47.50 |
| Paul W. Mollica | PWM | Of Counsel | $ 675.00 | 0.1 | $ 67.50 |
| Cyrus E. Dugger | CED | Associate | $ 420.00 | 29.7 | $ 12,474.00 |
| Jennifer Liu | JL | Associate | $ 350.00 | 99.0 | $ 34,650.00 |
| Amber . Trzinski | ACT | Associate | $ 320.00 | 1.4 | $ 448.00 |
| Deirdre A. Aaron | DAA | Associate | $ 290.00 | 17.7 | $ 5,133.00 |
| Naomi Sunshine | NS | Staff Attorney | $ 420.00 | 6.2 | $ 2,604.00 |
| **TOTAL** | | | | 225.1 | $ 99,422.50 |

**Support Staff**

| Name | Initials | Rate | Hours | Total |
|---|---|---|---|---|
| Amanda Platt | AXP | $ 185.00 | 0.7 | $ 129.50 |
| Jeffrey Domanico | JMD | $ 185.00 | 3.6 | $ 666.00 |
| Jessica Lyons | JRL | $ 185.00 | 24.4 | $ 4,514.00 |
| Kevin Ayala | KAA | $ 185.00 | 16.6 | $ 3,071.00 |
| Michelle T. Leung | MTL | $ 215.00 | 3.4 | $ 731.00 |
| Part-Time Paralegal | PTP | $ 170.00 | 8.1 | $ 1,377.00 |
| **TOTAL** | | | 56.8 | $ 10,488.50 |