# EXHIBIT C

***Beckman, et al. v. KeyBank, N.A.,***
No. 12 Civ. 7836 (RWS) (RLE)
Class Counsel Costs

| Outten & Golden - Costs Summary | |
|---|---:|
| Computerized Research | $ 177.56 |
| Court Fees | $ 350.00 |
| Meals | $ 125.63 |
| Messenger/Process Server | $ 197.43 |
| Photocopies | $ 60.55 |
| Postage | $ 1.54 |
| Travel | $ 1,176.55 |
| **Total** | **$ 2,089.26** |

| Computerized Research | | |
|---|---|---:|
| Date | Explanation | Amount |
| 7/1/2012 | Thomson West - Inv# 825203416 -Westlaw charges - July 2012 | $58.15 |
| 8/1/2012 | Thomson West - Inv# 825379128 -Westlaw Charges | $0.34 |
| 10/1/2012 | Thomson West - Inv# 825748958 -Westlaw - September 2012 | $28.22 |
| 11/1/2012 | Thomson West - Inv# 825938445 -Westlaw - October 2012 | $82.55 |
| 12/1/2012 | Thomson West - Inv# 826123948 -Westlaw charges - Nov 2012 | $0.30 |
| 1/3/2013 | Pacer Service Center - Inv# OG0032-Q42012 | $8.00 |
| | Total | $ 177.56 |

| Court Fees | | |
|---|---|---:|
| Date | Explanation | Amount |
| 10/19/2012 | Complaint Filing Fee - Key Corp | $350.00 |
| | Total | $ 350.00 |

| Meals | | |
|---|---|---:|
| Date | Explanation | Amount |
| 6/10/2012 | 5/31 - CED - Working lunch | $15.87 |
| 6/28/2012 | 6/13 - JMS - Breakfast [Mediation] | $3.88 |
| 6/28/2012 | 6/13 - JMS - Dinner [Mediation] | $35.44 |
| 7/12/2012 | 6/13 - JL - Working dinner | $14.04 |
| 7/12/2012 | 6/14 - JL - Cab fare | $44.05 |
| 11/11/2012 | 11/7 - RA - Working lunch | $12.35 |
| | Total | $ 125.63 |

*Beckman, et al. v. KeyBank, N.A.,*
No. 12 Civ. 7836 (RWS) (RLE)
Class Counsel Costs

| Messenger/Process Server |||
|---|---|---|
| Date | Explanation | Amount |
| 10/31/2012 | Demovsky Lawyer Service - Inv#316826 - Key Corp | $166.83 |
| 11/30/2012 | Breakaway Courier Systems - Inv#  439-137 | $30.60 |
|  | Total $ | 197.43 |

| Photocopies | | |
|---|---|---|
| Date | Explanation | Amount |
| 8/27/2012 | Photocopies | $5.00 |
| 9/12/2012 | Photocopies | $5.00 |
| 10/19/2012 | Photocopies | $42.60 |
| 10/22/2012 | Photocopies | $0.15 |
| 11/5/2012 | Photocopies | $0.15 |
| 11/5/2012 | Photocopies | $0.15 |
| 11/8/2012 | Photocopies | $0.30 |
| 11/12/2012 | Photocopies | $0.30 |
| 1/18/2013 | Photocopies | $5.70 |
| 1/31/2013 | Photocopies | $0.30 |
| 2/13/2013 | Photocopies | $0.30 |
| 2/13/2013 | Photocopies | $0.30 |
| 2/13/2013 | Photocopies | $0.30 |
|  | Total $ | 60.55 |

| Postage Expense | | |
|---|---|---|
| Date | Explanation | Amount |
| 1/3/2012 | Postage Expense | $0.88 |
| 1/23/2013 | Postage Expense | $0.66 |
|  | Total $ | 1.54 |

| Travel | | |
|---|---|---|
| Date | Explanation | Amount |
| 6/13/2012 | 6/11 - JL - Airfare to/from Chicago, IL | $739.60 |
| 7/12/2012 | 6/13 - JL - Cab fare | $53.30 |
| 7/12/2012 | 6/13 - JL - Cab fare | $44.05 |
| 6/28/2012 | 6/13 - JMS - Cab to airport [Mediation] | $55.00 |
| 6/29/2012 | 6/13 - JMS - Car service | $63.42 |
| 6/29/2012 | 6/13 - JMS - Car service | $71.18 |
| 6/28/2012 | 6/13 - JMS - Flight change fee [Mediation] | $75.00 |
| 6/28/2012 | 6/13 - JMS - Flight change fee [Mediation] | $75.00 |
|  | Total $ | 1,176.55 |